UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2016 APR 28  PM 4: 49

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

UNITED STATES OF AMERICA

v.

JOSE AVIANEDA-ESPINOZA
    a/k/a "Jose Avianeda"
    a/k/a "Misael Rosado-Rivera"

CASE NO.  8:16-cr-187-T34MAP
18 U.S.C. § 1001(a)(2)
18 U.S.C. § 1015(a)
18 U.S.C. § 1028A

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about January 4, 2016, in Hillsborough County, in the Middle District

of Florida, the defendant,

JOSE AVIANEDA-ESPINOZA
a/k/a "Jose Avianeda,"
a/k/a "Misael Rosado-Rivera,"

in a matter within the jurisdiction of the Immigration and Customs Enforcement, an

agency of the United States, knowingly and willfully made a materially false,

fictitious, and fraudulent statement and representation that his true name was

M.R.R. and that he was a United States citizen with birth in Puerto Rico, when in

fact he knew his real name was that of Jose Avianeda-Espinoza and that he was a

Mexican citizen.

All in violation of Title 18, United States Code, Section 1001(a)(2).



## COUNT TWO

On or about January 6, 2016, in the Middle District of Florida, and elsewhere, the defendant,

JOSE AVIANEDA-ESPINOZA
a/k/a "Jose Avianeda,"
a/k/a "Misael Rosado-Rivera,"

knowingly made a false statement under oath in a case, proceeding, and matter relating to and under and by virtue of any law of the United States relating to citizenship and registry of aliens.

All in violation of Title 18, United States Code, Section 1015(a).

## COUNT THREE

On or about March 28, 2016, in the Middle District of Florida, and elsewhere, the defendant,

JOSE AVIANEDA-ESPINOZA
a/k/a "Jose Avianeda,"
a/k/a "Misael Rosado-Rivera,"

knowingly made a false statement under oath in a case, proceeding, and matter relating to and under and by virtue of any law of the United States relating to citizenship and registry of aliens.

All in violation of Title 18, United States Code, Section 1015(a).

## COUNT FOUR

On or about January 4, 2016, in the Middle District of Florida, and elsewhere, the defendant,

2

JOSE AVIANEDA-ESPINOZA
a/k/a "Jose Avianeda,"
a/k/a "Misael Rosado-Rivera,"

during and in relation to a felony violation enumerated in Title 18, United States code, Section 1001(a)(2), namely, False Statement to a Law Enforcement Officer, as charged in Count One of this Indictment, incorporated herein by reference, did knowingly transfer, possess, and use without lawful authority a means of identification of another person, namely, a Puerto Rico birth certificate, which certificate was assigned to an individual other than the defendant.

All in violation of Title 18, United States Code, Section 1028A(a)(1).

A TRUE BILL,

_____
Foreperson

A. LEE BENTLEY, III
United States Attorney

By: _____
KAITLIN R. O'DONNELL
Assistant United States Attorney

By: _____
STACIE B. HARRIS
Assistant United States Attorney
Deputy Chief, Major Crimes Section

3

FORM OBD-34
APR 1991                                   No. _____

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

JOSE AVIANEDA-ESPINOZA
a/k/a "Jose Avianeda,"
a/k/a "Misael Rosado-Rivera"

## INDICTMENT

Violations:

Title 18, United States Code, Section 1001(a)(2)
Title 18, United States Code, Section 1015(a)
Title 18, United States Code, Section 1028A(a)(1)

A true bill,

Foreperson _____

Filed in open court this 28th day

of April 2016.

_____
Clerk

Bail    $ _____